DOCKET No. 19 MJ 6741       DEFENDANT: Barbara Mayzen

AUSA James McMahon          DEF.'S COUNSEL Kerry Lawrence (by James DeVita)
                            ☑ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☑ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.
☐ Other: _____

DATE OF ARREST 7/23/2019   ☐ VOL. SURR.
TIME OF ARREST 9:00 AM     ☑ ON WRIT
TIME OF PRESENTMENT 3:34 PM

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☑ $ 250,000 PRB
☑ 1 FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ District of CT
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☑ REGULAR PRETRIAL SUPERVISION   ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☑ OTHER CONDITIONS See order.

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY 5:00 pm on 7/24/19
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
5:00 pm on 7/24/19 ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

Courtflow: 25
AUSA James McMahon appearing for the Government. Agent present. Pretrial Services Officer present.
James Devita present, standing in for Kerry Lawrence (retained), as counsel for Defendant.
Defendant waives public reading of the complaint.
Defendant's application for bail is granted. See order

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY            ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED              ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED              ☑ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING 8/21/2019          ☑ ON DEFENDANT'S CONSENT

DATE: 7/23/2019                                 _____
                                                UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2