ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>BARBARA MEYZEN,<br><br>Defendant. | ORDER OF CONTINUANCE<br><br>19 Mag. 6741 |

Upon the application of the United States of America and the affirmation of JAMES McMAHON, Assistant United States Attorney, it is found that BARBARA MEYZEN, the defendant, was charged with violations of 18 U.S.C. § 152 in a complaint dated July 22, 2019, and was arrested on July 23, 2019;

It is further found that the defendant was presented before Magistrate Judge Lisa Margaret Smith on July 23, 2019, and the defendant was released on the following conditions: $250,000.00 personal recognizance bond to be co-signed by one financially responsible person; travel restricted to the Southern and Eastern Districts of New York; surrender travel documents and make no new applications; regular pretrial supervision.

It is further found that Jame DeVita, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **September 18, 2019.**

Dated: White Plains, New York
August 21, 2019

_____
UNITED STATES MAGISTRATE JUDGE
Hon. Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              - v. -<br><br>BARBARA MEYZEN,<br><br>                            Defendant. | AFFIRMATION<br><br>19 Mag. 6741 |

STATE OF NEW YORK                 )
COUNTY OF WESTCHESTER     : ss.:
SOUTHERN DISTRICT OF NEW YORK )

        JAMES McMAHON, under penalty of perjury, hereby affirms as follows:

        1.     I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for an initial order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

        BARBARA MEYZEN, the defendant, was charged with violations of 18 U.S.C. § 152 in a complaint dated July 22, 2019. The defendant was presented before Magistrate Judge Lisa Margaret Smith on July 23, 2019, and the defendant was released on the following conditions: $250,000.00 personal recognizance bond to be co-signed by one financially responsible person; travel restricted to the Southern and Eastern Districts of New York; surrender travel documents and make no new applications; regular pretrial supervision.

        2.     James DeVita, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

3. On August 13, 2019, Mr. DeVita, counsel for the defendant, agreed by electronic mail on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

4. For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

5. Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on August 14, 2019.

JAMES McMAHON
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE: ORDER OF CONTINUANCE**

**AFFIRMATION**

**GEOFFREY S. BERMAN**
**United States Attorney for Southern District of New York**
**(914) 993-1900**